# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:22-mc-21664-XXXX**

In re Application of

    ITAÚ UNIBANCO S/A,

    Applicant,

Pursuant to 28 U.S.C. § 1782 for Judicial
Assistance in Obtaining Evidence for Use in
Foreign and International Proceedings Pending in
The Federative Republic of Brazil.
_____/

**DECLARATION OF DAVID PEREIRA CARDOSO IN SUPPORT OF**
***EX PARTE* PETITION OF ITAÚ UNIBANCO S/A FOR JUDICIAL ASSISTANCE**
**IN AID OF FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**

I, David Pereira Cardoso, under penalty of perjury and pursuant to 28 U.S.C. § 1746 and
the laws of the United States of America, declare the following:

1.    I am over the age of 18 and, except as otherwise noted, provide this Declaration
based on my own personal knowledge.

2.    I am a litigation partner with the law firm of *Arruda Alvim, Aragão, Lins & Sato
Advogados*, based in Curitiba, Brazil.  I have been practicing law in Brazil since 2008.

**BRIEF OVERVIEW**

3.    As further detailed below, between 2015 and 2020, Itaú Unibanco S/A ("Itaú"), a
Brazilian financial institution, entered into various loan agreements, import credit agreements, and
derivative contracts with a Brazilian company named *MapTrade Indústria e Comércio de Produtos
Ltda.* ("MapTrade").  Those loan agreements, import credit agreements, and derivative contracts

were personally guaranteed by MapTrade's shareholders, Mr. Ronaldo Gomes Guerra Barcellos and Mr. Marcelo Miranda Bittencourt ("Mr. Bittencourt") (MapTrade's shareholders together, the "Guarantors").

4.      By March 2020, the loan agreements, import credit agreements, and derivative contracts were breached due to MapTrade's and the Guarantors' failure to pay the amounts owed to Itaú when they came due.  As of March 2020, MapTrade and its Guarantors owed Itaú over BRL 50 million Reais (approximately U.S. $10 million), leaving Itaú with no choice but to initiate legal action in Brazil to recover the significant debt.

5.      Itaú filed two separate legal proceedings before the 15th Lower Civil Court of the City of São Paulo in the Federative Republic of Brazil (the "Brazilian Court") to enforce the various debts owed (together, the "Foreign Proceedings").   One action seeks recovery of approximately BRL 48,642,131.34 Reais (adjusted debt calculated as of April 2022) resulting from certain defaulted loan agreements, defaulted import credit agreements, defaulted derivative contracts, default interest, monetary adjustment, and attorney's fees (the "First Action").  The other action seeks recovery of approximately BRL 6,263,111.07 Reais (adjusted debt calculated as of April 2022) resulting from the breach of additional derivative contracts, monetary adjustment, and attorney's fees (the "Second Action").

6.      My firm currently represents Itaú in both Foreign Proceedings and I am intimately familiar with the posture of both actions.  No final judgment has issued in either of the Foreign Proceedings.

7.      The same defendants are named in each of the Foreign Proceedings, namely, MapTrade, the Guarantors, and certain companies controlled by the Guarantors (*i.e.*, *Maac Participações Ltda., Amca Participações Ltda.,* and *Ramt Participações Ltda.*) (collectively, the

"Foreign Defendants").

8.      Under the Brazilian Code of Civil Procedure (in Portuguese, "*Código de Processo Civil*" or simply "*CPC*"), a creditor, such as Itaú, who has a claim for a sum certain based on an extrajudicial enforceable instrument may proceed directly to collection of the debt by initiating an enforcement proceeding in court (an "*ação de execução*" in Portuguese).  CPC, Articles 771, 779 and 781.  The various loan agreements, import credit agreements, and derivative contracts entered into by Itaú, on the one side, and MapTrade and its Guarantors, on the other side, are examples of extrajudicial enforceable instruments under Brazilian law.  CPC, Article 784.  Thus, the Foreign Proceedings are enforcement actions seeking to collect on those extrajudicial enforceable instruments.

9.      Under Brazilian law, after the filing of such enforcement actions, there is a legal presumption that the sum certain debt owed exists.  Thus, in the Foreign Proceedings, there is a presumption that Itaú is owed the debt, plus default interest, monetary adjustment, and attorney's fees, and it is Itaú's duty, as the plaintiff in both actions, to search for and identify the Foreign Defendants' assets to satisfy the debt and to proceed with their attachment or garnishment.  CPC, Articles 798 and 799.

10.     In furtherance of the Foreign Proceedings and its duty to identify assets against which to collect, Itaú is engaged in investigative efforts to locate the Foreign Defendants' assets and properties within Brazil and worldwide.

11.     As part of its investigation, Itaú recently has learned that Mr. Bittencourt may have significant liquid assets of more than U.S. $1.3 million resulting from the sale of three real estate properties in Florida indirectly owned by him through Bittencourt, LLC, of which he is sole owner. It is unknown where the funds were directed following the sale of the properties.

12.     Therefore, Itaú seeks third-party discovery from each of the title companies involved in the respective real estate transactions in order to gather evidence on Mr. Bittencourt's assets and bank accounts, which, in turn, shall be reported to the Brazilian Court in the Foreign Proceedings.

13.     I submit this Declaration in support of Itaú's Section 1782 petitions being filed in the Southern District of Florida and the Middle District of Florida to obtain discovery from the title companies specified below.

### FACTUAL BACKGROUND

#### Description of the Foreign Proceedings

14.     Since 2015, Itaú, on the one side, and MapTrade and its Guarantors, on the other side, have entered into various loan agreements, import credit agreements, and derivative contracts.  When the obligations under the loan agreements, import credit agreements, and derivative contracts matured without payment in or around March 2020, Itaú proceeded to file the two Foreign Proceedings.

#### *The First Action*

15.     First, on September 8, 2020, Itaú filed an action focused on recovering the debt owed based on certain breached loan agreements, import credit agreements, and derivative contracts, styled *Itaú Unibanco S/A v. MapTrade Indústria e Comércio de Produtos Ltda*., Claim No. 1083075-13.2020.8.26.0100.  A copy of the complaint filed in the First Action, which contains the details of the loan agreements, import credit agreements, and derivative contracts at issue, is attached as **Exhibit 1**.[1]

---

[1] Translated copies of all exhibits to this Declaration shall be filed with the Court as soon as they are available.

16.     Pursuant to Brazilian civil procedure, this action initially was filed as an "*ação cautelar de arresto*" in Portuguese (similar to an enforcement action for the garnishment of assets), and later was converted into an enforcement action so that Itaú could recover from the Foreign Defendants (an "*ação de execução*" in Portuguese). CPC, Articles 771, 779 and 781.

17.     As explained above, under Brazilian law, there is a legal presumption (in enforcement actions for sum certain claims, like the Foreign Proceedings) that Itaú is owed by the Foreign Defendants an amount that includes the debt owed pursuant to the breached loan agreements, import credit agreements, and derivative contracts, plus default interest, monetary adjustment, and 10% attorney's fees. CPC, Articles 798 and 799.

18.     The First Action is currently stayed pending appeal by the Foreign Defendants, but the search and appraisal of the Foreign Defendants' assets (as further explained below) continues to progress.  CPC, Article 919.  The stay does not affect Itaú's ability to search for assets in or outside of Brazil.

### The Second Action

19.     Subsequent to the First Action, on January 21, 2021, Itaú filed an action focused on enforcing other breached derivative contracts, styled *Itaú Unibanco S/A v. MapTrade Indústria e Comércio de Produtos Ltda.*, Claim No. 1005186-46.2021.8.26.0100.  A copy of the complaint filed in the Second Action, which contains the details of the derivative contracts at issue, is attached as **Exhibit 2**.

20.     As in the First Action, there is a legal presumption under Brazilian law that Itaú is owed by the Foreign Defendants a significant amount resulting from the breach of the derivative contracts.

21.     The Foreign Defendants have sought a stay of the Second Action, but the request

was denied by the Brazilian Court.

*Key Rulings in the Foreign Proceedings*

22. The Foreign Proceedings are on-going before the Brazilian Court. Despite the legal presumption of the debt by the Brazilian Court, pursuant to Brazilian civil procedure, no final judgments have been entered to date.

23. There are two key developments of note in the Foreign Proceedings.

24. One is that, in each of the Foreign Proceedings, the Brazilian Court has granted Itaú's request to disregard the legal personalities of *Maac Participações Ltda., Amca Participações Ltda.,* and *Ramt Participações Ltda.*, which are companies controlled by the Guarantors and named as defendants in the Foreign Proceedings. By doing so, the Brazilian Court has allowed Itaú to "reverse-pierce" the corporate veil among the Foreign Defendants. This is important because it means the Brazilian Court has determined that the Guarantors have abused corporate formalities and comingled funds and assets such that the companies they control also should be deemed liable for the debt owed to Itaú.

25. The other key development is that in each of the Foreign Proceedings, the Brazilian Court has permitted Itaú to search for, identify, and have the Foreign Defendants' assets appraised in different jurisdictions, not just São Paulo. As an example, the Brazilian Court has issued orders to the courts of the city of Rio de Janeiro (case number 0062875-32.2022.8.19.0001) and the city of Petrópolis (case number 0004682-95.2022.8.19.0042) to assist in this endeavor of identifying and appraising the Foreign Defendants' assets in those jurisdictions.

26. Although the First and Second Actions currently are subject to certain appellate proceedings, those proceedings do not preclude Itaú from continuing to search for and report the Foreign Defendants' assets to the Brazilian Court.

**Itaú's Investigation of the Foreign Defendants' Assets Reveals Florida Properties**

27.     Itaú continues to investigate the Foreign Defendants' assets worldwide and has engaged third-party investigative services for that purpose.  That investigation has revealed that one of the Foreign Defendants, Mr. Bittencourt, likely has significant liquid assets as a result of the sale of three real estate properties in Florida.

28.     Mr. Bittencourt owned the properties indirectly through Bittencourt LLC, a Delaware entity registered to do business in Florida.  The three properties sold include a condominium located in Aventura, Florida, and two townhomes in Kissimmee, Florida.  It appears that none of the sold properties was encumbered by a mortgage.  Thus, together, the property sales generated more than $1.3 million for Mr. Bittencourt.

*29.*     These funds likely are owned and controlled by Mr. Bittencourt through Bittencourt LLC.  It is Itaú's belief that, much like the abuses resulting in the reverse-piercing of the corporate veil in the Foreign Proceedings, Mr. Bittencourt and Bittencourt LLC will be treated as one and the same.  The Brazilian Court may order Mr. Bittencourt to pay these funds to Itaú as part of its eventual judgment on the defaulted loan agreements, import credit agreements, and derivative contracts at issue in the Foreign Proceedings.

*The Aventura Property*

30.     The Aventura condominium was located at 18051 Biscayne Blvd, Unit 1804-1, Aventura, Florida (Miami-Dade County parcel #28-2210-014-0770).   It was purchased by Bittencourt LLC for $550,000 in 2014, and sold in December 2021 for $560,000.

31.     The deed lists the title company for the December 2021 sale of the Aventura property as Martha L. Mendez, P.A. d/b/a Title Team.  According to Florida's public records,

Martha L. Mendez, P.A. d/b/a Title Team is located at 2600 S Douglas Rd, Suite 506, Miami, Florida 33160.

32.     Importantly, an affidavit dated December 8, 2021 and signed by Mr. Bittencourt, was filed with the deed of sale and listed Mr. Bittencourt as the sole (100%) owner and manager of Bittencourt LLC (Certificate of Limited Liability Company Resolution and Incumbency number 20220009864).  A copy of this certificate is attached as **Exhibit 3**.  This certificate makes clear that Mr. Bittencourt fully owns and controls Bittencourt LLC.

### *The Kissimmee Properties*

33.     One of the Kissimmee townhomes was located at 3143 Brasilia Ave, Kissimmee, Florida 34747 (Osceola County parcel #03-25-27-4015-0001-0190).   It was purchased by Bittencourt LLC for $324,193 in 2018, and sold for $365,000 in September 2021.

34.     The title company that prepared the deed of sale for that property was Nasseh Sirounis Law, P.A., which, according to Florida's public records, is located at 640 Bryn Mawr St, Orlando, Florida 32804.

35.     The other Kissimmee townhome was located at 3132 Brasilia Ave, Kissimmee, Florida 34747 (Osceola County parcel # 03-25-27-4015-0001-1750).   It was purchased by Bittencourt LLC for $393,168 in 2016, and sold for $388,000 in July 2021.

36.     The title company that prepared the deed of sale for that property was Stronghold Title Agency Corp., which, according to Florida's public records, is located at 6996 Piazza Grande Ave, Suite 203A, Orlando, Florida 32835.

### Description and Relevance of the Discovery Sought

37.     Upon information and belief, each of the three title companies is in possession of information that will be helpful to ascertaining the location of Mr. Bittencourt's assets, including

identifying the bank account(s) to which the sale proceeds were transferred following the sale of the three Florida properties.

38.     Parallel Section 1782 petitions are being filed in the Southern District of Florida (for targeting Miami-based Martha L. Mendez, P.A. d/b/a Title Team) and the Middle District of Florida (for targeting Orlando-based Nasseh Sirounis Law, P.A. and Stronghold Title Agency Corp).

39.     Proposed subpoenas outlining the specific document requests and areas of examination for deposition for each of the three title companies are included as exhibits to Itaú's respective Section 1782 Petitions.

40.     The discovery sought by Itaú is relevant to the Foreign Proceedings in light of Itaú's duty under Brazilian law and as plaintiff in both Foreign Proceedings to locate the Foreign Defendants' assets in Brazil and globally and to have them appraised for future attachment or garnishment. CPC, Articles 798 and 799.

41.     Such information is key for uncovering potential fraudulent transfers or other efforts undertaken by the Foreign Defendants—in particular the individual Guarantors—to avoid paying the significant debt owed to Itaú by hiding assets outside of the jurisdiction of Brazilian courts.

42.     Mr. Bittencourt has not disclosed these funds to the Brazilian Court, and it is unknown where the funds are being held currently.

43.     Thus, Itaú requests permission to subpoena the title companies located within this District to obtain documentary and testimonial discovery relating to the sale of the Florida real estate properties in 2021 that resulted in Mr. Bittencourt gaining over $1.3 million in liquid funds.

**Facts Relevant to the Elements of 28 U.S.C. § 1782**

44.     Itaú seeks assistance, pursuant to 28 U.S.C. § 1782, to obtain relevant and probative documentary and testimony evidence from (1) Martha L. Mendez, P.A. d/b/a Title Team, (2) Nasseh Sirounis Law, P.A., and (3) Stronghold Title Agency Corp. for use in the Foreign Proceedings.  Itaú's request meets all necessary and discretionary elements for the relief sought.

45.     Martha L. Mendez, P.A. d/b/a Title Team resides in the Southern District of Florida, while Nasseh Sirounis Law, P.A. and Stronghold Title Agency Corp. both reside in the Middle District of Florida.

46.     In addition, none of the three title companies is a party to the Foreign Proceedings, nor are they expected to become a party to the Foreign Proceedings.  In fact, they certainly will not be joined as parties by Itaú, and Itaú has no reason to believe that the title companies would be subject to the Brazilian Court's jurisdiction in any event.  Moreover, it is not otherwise possible to compel the three title companies to provide the discovery sought as they are located outside of the jurisdiction of the Brazilian Court presiding over the Foreign Proceedings.

47.     There is no indication that the Brazilian Court would not be receptive to the documentary and testimonial evidence obtained through this Section 1782 petition.   Indeed, such evidence very likely will be admissible before the Brazilian Court, and the Section 1782 petitions do not circumvent any proof-gathering restriction under Brazilian law or any specific orders issued in the Foreign Proceedings.  The discovery obtained in Florida thus likely will be admissible in the Foreign Proceedings.

48.     The document requests and topics of examination for deposition are intended to be narrowly tailored to focus on gathering key information relating to where the proceeds of each of

the sales have been deposited and may be found.  This information is, or should be, readily available to the three title companies for the respective property sale each one handled last year.

49.      No previous application for this specific relief has been made in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of May 2022, in the city of Curitiba, Brazil

By: _____
        David Pereira Cardoso

# EXHIBIT 1



**TRIBUNAL DE JUSTIÇA DO
ESTADO DE SÃO PAULO
PODER JUDICIÁRIO**

## RECIBO DO PROTOCOLO
## PETICIONAMENTO INICIAL - PRIMEIRO GRAU

**Dados Básicos**

| | |
|---|---|
| Foro: | Foro Central Cível |
| Processo: | 10830751320208260100 |
| Classe do Processo: | Tutela Cautelar Antecedente |
| Assunto principal: | 9196 - Liminar |
| Segredo de Justiça: | Não |
| Data/Hora: | 08/09/2020 20:35:44 |

**Partes**

| | |
|---|---|
| Requerente: | Itaú Unibanco S.A |
| Requerido: | Maptrade Indústria e Comércio de Produtos Ltda. |
| Requerido: | Ronaldo Gomes Guerra Barcellos |
| Requerido: | Marcelo Miranda Bittencourt |
| Requerido: | MAAC PARTICIPAÇÕES LTDA |
| Requerido: | AMCA PARTICIPAÇÕES LTDA |
| Requerido: | RAMT PARTICIPAÇÕES LTDA |

**Documentos**

| | |
|---|---|
| Petição: | Inicial - Cautelar - vf3645296 - 1-19.pdf |
| Procuração: | Doc 01 - Procuração e Subs3645332 - 1-5.pdf |
| Procuração: | Doc 01 - Procuração e Subs3645332 - 6-9.pdf |
| Guia de Custas: | Doc 08 - Custas processuais3645330 - 1-2.pdf |
| Guia de Custas: | Doc 09 - Taxas procuração3645331 - 1-2.pdf |

Nota: Alguns dos documentos peticionados foram segmentados para manter o padrão de tamanho definido pelo Tribunal.

ARRUDA ALVIM,
ARAGÃO, LINS & SATO
A D V O G A D O S

Excelentíssimo Senhor Juiz de Direito da _ Vara Cível do Foro Central da Comarca de São Paulo – SP.

**Distribuição por prevenção**
(autos 1063853-59.2020.8.26.0100)

**ITAÚ UNIBANCO S/A**, instituição financeira com sede em São Paulo/SP, na Praça Alfredo Egydio de Souza Aranha, nº 100, Torre Itaúsa, CEP 04344-902, inscrita no CNPJ sob o nº. 60.701.190/0001-04, vem, respeitosamente, por seus advogados constituídos nos termos da procuração anexa (doc. 01), com escritório na Rua Hildebrando Cordeiro, nº 30, Ecoville, CEP 80740-350, Curitiba/PR, diante de Vossa Excelência, com fundamento no art. 305 do Código de Processo Civil, pleitear a presente

**TUTELA PROVISÓRIA DE URGÊNCIA MEDIANTE A CONCESSÃO DE MEDIDA ANTECEDENTE ANTECIPATÓRIA DE DESCONSIDERAÇÃO DA PERSONALIDADE JURÍDICA C/C CAUTELAR ANTECEDENTE DE ARRESTO**

contra:

1) **MAPTRADE INDÚSTRIA E COMÉRCIO DE PRODUTOS LTDA**, inscrita no CNPJ nº 10.451.845/0001-57, com sede na Rua José Augusto Rodrigues, nº 174, Jacarepaguá, Rio de Janeiro/RJ, CEP 22.631-903;

2) **RONALDO GOMES GUERRA BARCELLO**, inscrito no CPF nº 003.223.707-36, com endereço na V. Jardim Santa Monica, nº 100, G1, Ap. 1002, Barra da Tijuca, Rio de Janeiro/RJ, CEP 22793-095;

3) **MARCELO MIRANDA BITTENCOURT**, inscrito no CPF nº 005.638.317-74, com endereço na Rua Antônio Basílio, nº 26, Ap. 301, Tijuca, Rio de Janeiro/RJ, CEP 20511-190;

Curitiba: +55 41 3301.8800       Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363        SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991       Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596    Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540   Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC       aalvim.com.br

Corporativo | Interno

2

ARRUDA ALVIM
ARAGÃO, LINS & SATO
A D V O G A D O S

4) **MAAC PARTICIPAÇÕES LTDA**, inscrita no CNPJ nº 36.660412/0001-03, com endereço na Rua Colbert Coelho, nº 300, Barra da Tijuca, Rio de Janeiro/RJ, CEP 22793-313;

5) **AMCA PARTICIPAÇÕES LTDA**, inscrita no CNPJ nº 36.885.688/0001-81, com endereço na Rua Colbert Coelho, nº 300, Barra da Tijuca, Rio de Janeiro/RJ, CEP 22793-313; e

6) **RAMT PARTICIPAÇÕES LTDA**, inscrita no CNPJ nº 36.689.113/0001-93, com endereço na Avenida Country Club, nº 1600, Nogueira, Petrópolis/RJ, CEP 25730-410.

### I - Inadimplemento de Contratos Bancários – Ocultação do Patrimônio dos Devedores.

Pretende-se, com a presente tutela provisória de urgência, assegurar o resultado útil de execuções de título extrajudicial (e/ou outras medidas judiciais de cobrança) que serão propostas pelo Itaú Unibanco S/A contra os Réus[1], no prazo previsto no art. 308 do CPC, em razão do inadimplemento de contratos bancários.

As obrigações bancárias inadimplidas decorrem de diversos contratos de **crédito à importação** (nas modalidades 4131[2] e FINIMP[3]), além de contratos de **derivativos** e de **garantias** sobre os bens dos sócios (doc. 02).

Os contratos de financiamento à importação foram firmados com a MapTrade e seus sócios (Ronaldo Gomes Guerra Barcello e Marcelo Miranda Bittencourt) no final de **2016** e já foram realizadas mais de **34 renegociações**, todas sem qualquer amortização substancial da dívida pelos réus.

---

[1] MAPTRADE INDÚSTRIA E COMÉRCIO DE PRODUTOS LTDA, RONALDO GOMES GUERRA BARCELLO, MARCELO MIRANDA BITTENCOURT, MAAC PARTICIPAÇÕES LTDA, AMCA PARTICIPAÇÕES LTDA e RAMT PARTICIPAÇÕES LTDA.

[2] Operação regulada na Lei Federal nº 4131/62. O "empréstimo 4131" é feito em moeda estrangeira por uma unidade externa do banco diretamente ao cliente brasileiro. O público alvo são empresas brasileiras, que aplicam os valores em suas atividades (capital de giro).

[3] A Finimp é uma operação de crédito destinada ao financiamento de importações de produtos ou serviços. Nessa modalidade, uma unidade externa do banco realiza o desembolso diretamente ao vendedor estrangeiro. O público alvo são empresas brasileiras importadoras, que desejam alongar o prazo para pagamento das suas importações.

Curitiba: +55 41 3301.3800          Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363          SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991         Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596      Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540     Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC          aalvim.com.br

Corporativo | Interno

ARRUDA ALVIM
ARAGÃO, LINS & SATO
A D V O G A D O S

Em março de 2020, as obrigações da MapTrade venceram sem que houvesse o pagamento. Atualmente, o débito é de **R$ 48.000.483,52**.

Vale destacar que, mesmo com as dificuldades relacionadas à Pandemia do Coronavírus, já foram realizadas mais de **9 reuniões** entre as partes (por vídeo conferência) na tentativa de se chegar a uma solução negociada.

Não faltaram esforços do Itaú Unibanco, que já ofereceu condições de pagamento bastante favoráveis aos devedores e sempre agiu de boa-fé nas negociações, com o fim de evitar a execução judicial.

Ocorre que, com o devido respeito, não se tem notado a mesma boa-fé em relação à MapTrade e seus sócios.

Logo após o vencimento das primeiras obrigações, em 05/03/2020, os sócios Ronaldo Gomes Guerra Barcello e Marcelo Miranda Bittencourt (que são devedores solidários) retiraram todos os valores que estavam depositados e investimentos mantidos no Banco Itaú e, em seguida, constituíram empresas familiares para as quais estão **vertendo parte substancial de seu patrimônio imobiliário**.

Em 12/03/2020, 7 dias após vencimento do contrato com o Banco, o codevedor Marcelo Miranda Bittencourt constituiu uma empresa patrimonial, a **MAAC Participações LTDA**, sendo que, em 30/04/2020, foram integralizados diversos bens imóveis no capital social da empresa, no valor de **R$ 21.000.000,00** e doou as cotas da sociedade a familiares, com cláusulas de inalienabilidade, incomunicabilidade e impenhorabilidade (doc. 03).

O codevedor Ronaldo Gomes Guerra Barcellos também constituiu a empresa patrimonial **RAMT Participações LTDA** em 16/03/2020, 11 dias após a inadimplência das obrigações. E, em 09/04/2020, integralizou 9 imóveis no capital social da empresa, no valor de **R$ 43.900.000,00** (doc. 04).

Em 17/04/2020, o sócio Marcelo Miranda Bittencourt constituiu outra empresa patrimonial, a **AMCA Participações LTDA**, na qual integralizou 7 imóveis, no

Curitiba: +55 41 3301.3800
Brasília: +55 61 3248.6363
São Paulo: +55 11 4420.4991
Porto Alegre: +55 51 3398.0596
Florianópolis: +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 · PR
SHIS, QL.08, Conj 05, Casa 12 · Lago Sul. CEP 71620-255 · DF
Rua Guaraiuva, 117/135, Conj. 62 · Brooklin. CEP 04569-000 – SP
Av. Getúlio Vargas, 1157, Sala 503 · Menino Deus. CEP 90150-005 · RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 · Centro. CEP 88015-100 · SC

aalvim.com.br

ARRUDA ALVIM
ARAGÃO, LINS & SATO
A D V O G A D O S

valor de **R$ 13.000.000,00**, e doou as cotas da sociedade a familiares, com cláusulas de inalienabilidade, incomunicabilidade e impenhorabilidade (doc. 05).

Toda essa movimentação patrimonial sinaliza uma possível tentativa de **fraude aos credores**, pelo esvaziamento do patrimônio dos sócios da MapTrade.

### II - HÁ *FUMUS* - CRÉDITO INEQUÍVOCO.

Como já se destacou, as obrigações bancárias inadimplidas decorrem de diversos contratos de **crédito à importação** (nas modalidades 4131 e FINIMP), além de contratos de **derivativos**. Todos contratos paritários, complexos e de alto risco, realizados por empresários com experiência nesse mercado.

Em março de 2020, as obrigações da MapTrade começaram a vencer, sem que houvesse o pagamento. Atualmente, todas as obrigações estão **<u>vencidas</u>**, sendo que o débito atinge **R$ 48.000.483,52**, conforme tabela abaixo:

| OPERAÇÕES VENCIDAS | CONTRATO | SBLC | VENCIMENTO | VALOR EM US$ | GARANTIA LIQUIDADA R$ | VALOR R$ |
|---|---|---|---|---|---|---|
| Res. 4131 | AGE1123284 | 2.310.772.518 | 05/03/2020 | 535.000,00 | 3.078.063,02 | 0 |
| Res. 4131 | AGE1127022 | 2.412.372.514 | 30/03/2020 | 900.000,00 | 0 | 5.435.597,29 |
| Res. 4131 | AGE1127036 | 2.412.472.512 | 03/04/2020 | 1.150.000,00 | 0 | 6.867.049,69 |
| Res. 4131 | AGE1135574 | 2.447.872.512 | 02/06/2020 | 1.000.000,00 | 0 | 5.749.682,53 |
| Res. 4131 | AGE1135576 | 2.447.972.510 | 08/06/2020 | 400.000,00 | 0 | 2.294.426,20 |
| Res. 4131 | AGE1138120 | 2.458.972.516 | 09/07/2020 | 531.500,00 | 0 | 3.045.857,13 |
| FINIMP | AGE1130840 | 2.271.471.514 | 28/04/2020 | 413.000,00 | 2.432.594,60 | 0 |
| FINIMP | AGE1130842 | 2.271.571.511 | 27/04/2020 | 429.530,00 | 661.354,25 | 1.391.805,82 |
| FINIMP | AGE1137838 | 2.457.671.515 | 20/04/2020 | 315.900,00 | 0 | 1.854.729,45 |
| FINIMP | AGE1135578 | 2.468.471.517 | 04/05/2020 | 200.000,00 | 0 | 1.233.927,26 |
| FINIMP | AGE1142510 | 3.055.769.019 | 02/06/2020 | 420.000,00 | 229.152,17 | 2.219.966,76 |
| FINIMP | AGE1138136 | 2.356.771.515 | 02/07/2020 | 561.600,00 | 0 | 3.230.833,32 |
| DERIVATIVO | 100020010105900 | | 15/04/2020 | 1.166.666,67 | 0 | 1.445.827,68 |
| DERIVATIVO | 100020010021200 | | 05/05/2020 | 1.000.000,00 | 0 | 1.772.562,12 |
| DERIVATIVO | 100020010106200 | | 15/05/2020 | 1.166.666,67 | 0 | 2.345.507,86 |
| DÉBITO EM CONTA | | | 17/07/2020 | | | 9.112.710,41 |
| DÍVIDA TOTAL | | | | | | **48.000.483,52** |

**Curitiba:** +55 41 3301.3800
**Brasília:** +55 61 3248.6363
**São Paulo:** +55 11 4420.4991
**Porto Alegre:** +55 51 3398.0596
**Florianópolis:** +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 - SP
Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC

aalvim.com.br

5

ARRUDA ALVIM,
ARAGÃO, LINS & SATO
A D V O G A D O S

A existência do débito é demonstrada por meio dos contratos anexos (doc. 02), que constituem **títulos de crédito**. A execução somente não foi proposta pelo Banco, porque ainda estão sendo produzidas as planilhas dos débitos (documento indispensável à execução, nos termos do art. 798 do CPC).

O débito, porém, é **inequívoco**. Basta verificar que os réus tomaram mais de **US$ 6.856.530,00** em empréstimos e, até o momento, não realizaram o pagamento. De outro lado, a garantia contratual (cessão fiduciária de quotas de fundos de investimento) é **insuficiente**[4].

A MapTrade e seus sócios também confessam que são **devedores**. Em 21/07/2020, ajuizaram ação revisional contra o Itaú Unibanco[5], com base em alegações genéricas de desequilíbrio contratual. Alegam que a pandemia da COVID-19 e a valorização do dólar teriam desequilibrado suas obrigações contratuais. Reconhecem, expressamente, que possuem um débito com Itaú Unibanco, porém entendem que o valor deveria ser reduzido, para afastar a variação cambial.

As alegações, contudo, são **frágeis**. Os contratos são interempresariais e paritários, sendo que o saldo devedor passou por diversas renegociações desde 2017, muito antes da Pandemia. Além disso, a MApTrade e seus sócios (como agentes experientes no mercado) tinham conhecimento dos riscos da variação cambial e dos instrumentos para mitigá-lo (por meio de contratos de derivativos, que poderiam "travar" o valor do dólar). Ainda assim, sempre optaram, nas sucessivas renegociações contratuais, por **assumir o risco da variação cambial**.

**O E. TJSP, aliás, indeferiu o pedido de suspensão da exigibilidade dos créditos requerida pela MapTrade**. Nos autos de agravo de instrumento nº 2197696-15.2020.8.26.0000, o Exmo. Des. Marco Fábio Morsello reconheceu, ainda que de forma provisória, a higidez do crédito do Itaú Unibanco e a existência de indícios de ocultação patrimonial pela MapTrade e seus sócios:

---

[4] Parte do seu valor já foi utilizada pelo Banco para o abatimento da dívida. Todavia, o valor restante (de, aproximadamente, R$ 4.000.000,00), ainda não foi liquidada, porque os réus transferiram as quotas dos fundos de investimento para outro administrador.
[5] Autos n.º 1063853-59.2020.8.26.0100, em trâmite 15ª Vara Cível do Foro Central da Comarca de São Paulo – SP.

Curitiba: +55 41 3301.3800
Brasília: +55 61 3248.6363
São Paulo: +55 11 4420.4991
Porto Alegre: +55 51 3398.0596
Florianópolis: +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC

aalvim.com.br

ARRUDA ALVIM
ARAGÃO, LINS & SATO
A D V O G A D O S

> "Trata-se, portanto, de contratos paritários, complexos e de alto risco, realizados por empresários com vasta experiência nesse mercado. Sob esse prisma, verifica-se que os agravados, ao firmar os contratos de crédito junto à instituição financeira agravante, optaram por não realizar operações de travamento do dólar, assumindo assim os riscos envolvidos na operação. (...) Paralelamente, há elementos nos autos indicando que os agravados potencialmente estariam movimentando patrimônio, por meio da constituição de pessoas jurídicas familiares e integralização de imóveis no capital social, com o aparente intuito de blindagem patrimonial, indicando a existência de periculum in mora inverso[6]".

Há, portando, *fumus*, consistente no direito de crédito do Itaú Unibanco. Os títulos extrajudiciais, que ora se apresenta, embasarão as execuções (e/ou outras medidas judiciais de cobrança) que serão propostas pelo Banco no prazo de 30 dias, nos termos do art. 308 do CPC, juntamente com as planilhas detalhadas dos cálculos.

### III - ESVAZIAMENTO PATRIMONIAL DOS DEVEDORES - RISCO AO RESULTADO ÚTIL DO PROCESSO DE EXECUÇÃO.

#### 3.1. DESCONSIDERAÇÃO INVERSA DA PERSONALIDADE JURÍDICA – ART. 50 DO CC E 133 DO CPC.

O incidente de desconsideração é cabível em qualquer fase do processo (art. 134, do CPC)[7]. No presente caso, há elementos suficientes, não só para a abertura do incidente, como para se deferir a desconsideração **de forma antecipada**, em razão da urgência.

Com efeito, a desconsideração da personalidade jurídica pode ser determinada de forma **antecipada**, com base no poder geral de cautela previsto no art. 301 do CPC. É o que reconhece a doutrina:

> "É preciso registrar que a previsão legal que exige o contraditório tradicional **não afasta peremptoriamente o contraditório diferido na desconsideração da personalidade jurídica**, apenas tornando-o excepcional. Dessa forma, sendo preenchidos os requisitos típicos da tutela de urgência e do pedido de antecipação

---

[6] Agravo de Instrumento nº 2197696-15.2020.8.26.0000, Relator Des. MARCO FÁBIO MORSELLO, 25/08/2020.

[7] Como as subscritoras da presente petição já tiveram a oportunidade de observar: "*Pode-se suscitar o incidente de desconsideração da pessoa jurídica em qualquer fase do processo e em qualquer tipo de processo, seja qual for o procedimento*". (ALVIM, Teresa Arruda; CONCEIÇÃO, Maria Lúcia Lins; RIBEIRO, Leonardo Ferres da Silva; MELLO, Rogerio Licastro Torres de. Primeiros comentários ao novo Código de Processo Civil. 3. ed. São Paulo: Revista dos Tribunais, 2020, p. 302).

Curitiba: +55 41 3301.3800          Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363          SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991         Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596      Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540     Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC          aalvim.com.br

ARRUDA ALVIM,
ARAGÃO, LINS & SATO
A D V O G A D O S

dos efeitos da desconsideração da personalidade jurídica, entendo admissível a prolação de decisão antes da intimação dos sócios e da sociedade."[8]

"O procedimento previsto para o incidente de desconsideração da personalidade jurídica, indicando a realização de contraditório prévio, **não se mostra incompatível eventual concessão de tutela antecipada de urgência**, quando presentes os requisitos autorizados desta medida excepcional. Neste caso o contraditório ocorrerá de forma diferida."[9]

"(...) **nada impede a existência de pedido no bojo do incidente (ou via ação antecedente) para que seja concedida a tutela de urgência cautelar**. Isso porque, diferente da tutela satisfativa, a tutela cautelar – de caráter instrumental – visa à garantia da efetividade do processo, de forma que, presentes os requisitos autorizadores da sua concessão, é totalmente possível a apreensão dos bens do sócio (ou da sociedade) que esteja praticando atos de alienação ou de oneração de seus bens com vistas a fraudar futura execução."[10]

No mesmo sentido é a jurisprudência do E. TJSP:

"**TUTELA CAUTELAR ANTECEDENTE** – SOCIEDADE EM CONTA DE PARTICIPAÇÃO – Decisão que deferiu o processamento do **pedido de desconsideração da personalidade jurídica da sociedade** (...) Presença de elementos que evidenciam a probabilidade do direito e o perigo de risco ao resultado do processo (art. 301, CPC) – **Arresto de bens que se mostra necessário** para evitar eventual desvio em detrimento da credora – Nota-se que há verossimilhança da alegação da autora acerca do risco de dano ao seu direito e ao resultado útil do processo – Acervo probatório que autoriza a concessão da liminar, tendo em vista que a empresa ré captou valores para administrar e investir, sem credenciamento junto à CVM para atuar no mercado de capitais – Precedentes das Câmaras Reservadas de Direito Empresarial desse E. TJSP – Decisão mantida – RECURSO DESPROVIDO"[11].

"Agravo de instrumento – **Incidente de desconsideração da personalidade jurídica e extensão dos efeitos da falência, cumulado com ineficácia de negócio jurídico – Decisão acautelatória que decretou a indisponibilidade e o arresto dos bens dos requeridos** – Indícios de administração fraudulenta – Elementos que evidenciam confusão patrimonial, gerencial e financeira entre as sociedades coligadas – Iminência de haver dilapidação do patrimônio das sociedades envolvidas – Medida acautelatória drástica que se mostrou e se mostra necessária à preservação do interesse coletivo dos credores da massa – Ausência

---

[8] NEVES, Daniel Amorim Assumpção. Novo Código de Processo Civil - Lei 13.105/2015. Rio de Janeiro, São Paulo: Forense, Método, 2015. p. 144-145
[9] XAVIER, José Tadeu Neves; A processualização da desconsideração da personalidade jurídica, *Revista de Processo*, vol. 254, 2016. pp. 151 – 191. n.p.
[10] NUNES FILHO, Heleno Ribeiro P.; A desconsideração de ofício da personalidade jurídica à luz do incidente processual trazido pelo novo Código de Processo Civil brasileiro, *Revista de Processo*, vol. 258, 2016, pp. 103 – 152. n.p.
[11] TJSP; Agravo de Instrumento 2245123-42.2019.8.26.0000; Relator: Sérgio Shimura; Órgão Julgador: 2ª Câmara Reservada de Direito Empresarial; Foro Central Cível - 2ª VARA EMPRESARIAL E CONFLITOS DE ARBITRAGEM; Data do Julgamento: 25/03/2020; Data de Registro: 25/03/2020.

Curitiba: +55 41 3301.3800     Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363     SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991     Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596     Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540     Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC     aalvim.com.br

Corporativo | Interno

8

ARRUDA ALVIM
ARAGÃO, LINS & SATO
A D V O G A D O S

de nulidade – Precedente jurisprudencial – Decisão cautelar mantida – Recurso desprovido[12]".

"**Tutela cautelar antecedente.** Sociedade em conta de participação. Captação de investidores pela promessa de rentabilidade acima da média. Aplicação de recursos no mercado**. Arresto de ativos e instauração de incidente de desconsideração da personalidade jurídica**. Irresignação. Descabimento. Preliminares prejudicadas. Não comprovada a suficiência de ativos para a satisfação dos direitos postulados pelo autor. As razões recursais não desconstituíram os requisitos previstos no artigo 300 do Código de Processo Civil, reconhecidos na origem pelo juízo a quo. Indícios de arrecadação de poupança popular sem regulação pela CVM. Encerramento da sociedade. Necessidade de averiguar se houve abuso no uso da roupagem societária. Correta a instauração do incidente. Decisão mantida. Recurso desprovido"[13].

O presente caso revela, de forma inequívoca, o **uso abusivo da personalidade jurídica** das empresas (i) MAAC Participações LTDA, (ii) RAMT Participações LTDA e (iii) AMCA Participações LTDA, caracterizado pelo desvio de finalidade e pela confusão patrimonial, nos termos do art. 50 do Código Civil.

Os elementos de prova aqui apresentados autorizam a sua desconsideração, **ainda que em cognição sumária**, para alcançar, mediante arresto, os bens que foram transferidos.

Os sócios da MapTrade, codevedores das obrigações bancárias, constituíram empresas de administração patrimonial logo em seguida ao vencimento das suas obrigações. Esse fato, por si só, revela o **desvio de finalidade**, nos termos do art. 50, §1º, do Código Civil, pois a transferência, não onerosa, do patrimônio pessoal dos sócios tem, aqui, o nítido propósito de lesar credores.

---

[12] TJSP; Agravo de Instrumento 2028657-20.2020.8.26.0000; Relator: Maurício Pessoa; Órgão Julgador: 2ª Câmara Reservada de Direito Empresarial; Foro de Guarulhos - 3ª Vara Cível; Data do Julgamento: 13/08/2020; Data de Registro: 13/08/2020.

[13] TJSP; Agravo de Instrumento 2280389-90.2019.8.26.0000; Relator (a): Araldo Telles; Órgão Julgador: 2ª Câmara Reservada de Direito Empresarial; Foro Central Cível - 2ª VARA EMPRESARIAL E CONFLITOS DE ARBITRAGEM; Data do Julgamento: 25/03/2020; Data de Registro: 25/03/2020.

Curitiba: +55 41 3301.3800          Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363           SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991        Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596    Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540    Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC          aalvim.com.br

**ARRUDA ALVIM.**
**ARAGÃO, LINS & SATO**

A D V O G A D O S



Os contratos sociais das três pessoas jurídicas, constituídas em um curto espaço de tempo, são todos idênticos:

---

**MAAC Participações LTDA**

**DO OBJETO SOCIAL (ART. 997, II, CC)**

**CLÁUSULA TERCEIRA** - A sociedade terá por objeto o exercício das seguintes atividades econômicas:
6462-0/00 - Holdings de Instituições Não-financeiras
6810-2/01 - Compra e Venda de Imóveis Próprios

**Parágrafo único.** O capital encontra-se subscrito e integralizado pelos sócios da seguinte forma:

| Nome dos Sócios | Nº de quotas | Valor em R$ | Percentual |
|---|---|---|---|
| MARCELO MIRANDA BITTENCOURT | 1.000 | 1.000,00 | 100,00% |
| TOTAL | 1.000 | 1.000,00 | 100,00% |

---

Curitiba: +55 41 3301.3800
Brasília: +55 61 3248.6363
São Paulo: +55 11 4420.4991
Porto Alegre: +55 51 3398.0596
Florianópolis: +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC

aalvim.com.br

Corporativo | Interno

10

ARRUDA ALVIM
ARAGÃO, LINS & SATO

A D V O G A D O S

---

**RAMT Participações LTDA**

**DO OBJETO SOCIAL (ART. 997, II, CC)**

**CLÁUSULA TERCEIRA** - A sociedade terá por objeto o exercício das seguintes atividades econômicas:
6462-0/00 - Holdings de Instituições Não-financeiras
6810-2/01 - Compra e Venda de Imóveis Próprios

**Parágrafo único.** O capital encontra-se subscrito e integralizado pelos sócios da seguinte forma:

| Nome dos Sócios | Nº de quotas | Valor em R$ | Percentual |
|---|---|---|---|
| RONALDO GOMES GUERRA BARCELI | 10.000 | 10.000,00 | 100,00% |
| **TOTAL** | **10.000** | **10.000,00** | **100,00%** |

---

**AMCA Participações LTDA**

**DO OBJETO SOCIAL (ART. 997, II, CC)**

**CLÁUSULA TERCEIRA** - A sociedade terá por objeto o exercício das seguintes atividades econômicas:
6462-0/00 - Holdings de Instituições Não-financeiras
6810-2/01 - Compra e Venda de Imóveis Próprios

**Parágrafo único.** O capital encontra-se subscrito e integralizado pelos sócios da seguinte forma:

| Nome dos Sócios | Nº de quotas | Valor em R$ | Percentual |
|---|---|---|---|
| MARCELO MIRANDA BITTENCOURT | 1.000 | 1.000,00 | 100,00% |
| **TOTAL** | **1.000** | **1.000,00** | **100,00%** |

---

Em seguida, verifica-se o **esvaziamento patrimonial** dos codevedores Marcelo Miranda Bittencourt e Ronaldo Gomes Guerra Barcello com a transferência dos seus bens para o acervo das pessoas jurídicas.

O sr. Marcelo Miranda Bittencourt, em 30/04/2020, integralizou **diversos bens imóveis** de sua titularidade no capital social da empresa a MAAC Participações LTDA, no valor de **R$ 21.000.000,00** (doc. 03).

Em 17/04/2020, integralizou mais 7 imóveis no capital social da empresa a AMCA Participações LTDA, no valor de **R$ 13.000.000,00**, e doou as cotas da sociedade a familiares, com cláusulas de inalienabilidade, incomunicabilidade e impenhorabilidade (doc. 05).

Curitiba: +55 41 3301.3800
Brasília: +55 61 3248.6363
São Paulo: +55 11 4420.4991
Porto Alegre: +55 51 3398.0596
Florianópolis: +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 - SP
Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC

aalvim.com.br

Corporativo | Interno

ARRUDA ALVIM,
ARAGÃO, LINS & SATO
A D V O G A D O S

O sr. Ronaldo Gomes Guerra Barcellos, em 09/04/2020, integralizou 9 imóveis no capital social da empresa RAMT Participações LTDA, no valor de **R$ 43.900.000,00** (doc. 04).

Mais recentemente, no dia 29/06/2020, a empresa RAMT Participações LTDA alienou o imóvel de matrícula nº 85.509, no valor de R$ 5.800.000,00, a **terceiros** (Sra. Adriana de Abreu Sampaio), o que reforça, ainda mais, a **urgência** da presente cautelar (doc. 04).

Essas transferências patrimoniais, repentinas e de forma concertada, indicam uma tentativa de **fraude a credores**:



Além disso, há **confusão patrimonial**, nos termos do art. 50, §1º, do Código Civil, caracterizada pela ausência de separação de fato entre o patrimônio das pessoas jurídicas e dos sócios.

**Curitiba:** +55 41 3301.3800
**Brasília:** +55 61 3248.6363
**São Paulo:** +55 11 4420.4991
**Porto Alegre:** +55 51 3398.0596
**Florianópolis:** +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 - SP
Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC

aalvim.com.br

ARRUDA ALVIM.
ARAGÃO, LINS & SATO
A D V O G A D O S

As pessoas jurídicas (i) MAAC Participações LTDA, (ii) RAMT Participações LTDA e (iii) AMCA Participações LTDA são "**holdings familiares**", empresas que têm como único objetivo gerir um acervo patrimonial em proveito dos sócios.

A confusão patrimonial é inerente a esse modelo. Embora o patrimônio esteja integralizado nas pessoas jurídicas, quem usufrui do acervo são os sócios e familiares. E, mesmo que a criação de "holdings familiares" seja legítima, do ponto de vista do planejamento tributário e sucessório, a prática **não tem eficácia contra credores**, nem garante a blindagem do acervo patrimonial. Nesse sentido é a jurisprudência do E. TJSP:

> "DESCONSIDERAÇÃO DA PERSONALIDADE JURÍDICA INVERSA - Cumprimento de sentença - Executado é sócio de diversas empresas que atuam no ramo de venda/locação de automóveis, sendo que suas contas permanecem zeradas. Ainda, detém 99,99% da empresa DTRÊS HOLDINGS LTDA cujo endereço, constante na Junta Comercial, não corresponde à real localização de seu estabelecimento. **Fato que demonstra que o executado utiliza-se de referida sociedade unicamente para ocultar bens, pois, ao que tudo indica, referida empresa sequer está em atividade. Confusão patrimonial caracterizada** - RECURSO PROVIDO[14].

> "Agravo de instrumento. Incidente de desconsideração da personalidade jurídica inversa. Decisão agravada que julgou procedente a desconsideração e determinou a inclusão da empresa no polo passivo da execução. **Criação da holding familiar logo após o ajuizamento da ação de cobrança. Posterior retirada do sócio e transferência do capital para seus filhos. Evidência de confusão patrimonial entre os bens do executado e os bens que pertencem à holding familiar. Abuso da personalidade jurídica**. Art. 50 do CC c./c. art. 133, §2º, do CPC. Decisão mantida. RECURSO DESPROVIDO[15].

> "AGRAVO DE INSTRUMENTO. AÇÃO DE EXECUÇÃO DE TÍTULO EXTRAJUDICIAL. ACOLHIMENTO DE INCIDENTE DE DESCONSIDERAÇÃO DE PERSONALIDADE JURÍDICA. MANUTENÇÃO DA DECISÃO. GRUPO ECONÔMICO DE FATO CARACTERIZADO. HOLDING FAMILIAR. COMPORTAMENTO FRAUDULENTO, EM PREJUÍZO A CREDORES. **Os documentos acostados os autos comprovam a existência de um grupo familiar que, atuando abusivamente e com confusão patrimonial, esvaziaram o patrimônio da executada, em prejuízo aos credores. Agravo interno não conhecido e agravo de instrumento não provido[16]**".

---

[14] TJSP; Agravo de Instrumento 0078611- 16.2013.8.26.0000; Relator: Renato Rangel Desinano, Data de Julgamento: 15/08/2013, 36ª Câmara de Direito Privado, Data de Publicação: 16/08/2013.
[15] TJSP; Agravo de Instrumento 2147295-46.2019.8.26.0000; Relator: L. G. Costa Wagner; Órgão Julgador: 34ª Câmara de Direito Privado; Foro Regional IV - Lapa - 3ª Vara Cível; Data do Julgamento: 29/10/2019.
[16] TJSP; Agravo Interno Cível 2053216-41.2020.8.26.0000; Relator (a): Sandra Galhardo Esteves; Órgão Julgador: 12ª Câmara de Direito Privado; Foro Central Cível - 37ª Vara Cível; Data do Julgamento: 21/07/2020.

Curitiba: +55 41 3301.3800          Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363          SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991         Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 - SP
Porto Alegre: +55 51 3398.0596      Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540     Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC          aalvim.com.br

ARRUDA ALVIM,
ARAGÃO, LINS & SATO
A D V O G A D O S

Dessa forma, espera-se que seja deferida, desde logo, *inaudita altera pars,* a desconsideração inversa da personalidade jurídica das empresas (i) MAAC Participações LTDA, (ii) RAMT Participações LTDA e (iii) AMCA Participações LTDA, reconhecendo-se a ineficácia das transferências patrimoniais realizadas pelos codevedores, de maneira a permitir a realização de arresto dos bens que, de forma abusiva, foram transferidos.

Isso sem prejuízo do trâmite previsto no art. 133 do CPC, com contraditório diferido, em razão da urgência.

### 1.2.  Arresto de Bens – Garantia do Resultado Útil do processo.

O arresto cautelar faz parte das medidas constritivas que podem ser determinadas através da cláusula geral do art. 301 do CPC, considerando o perigo de que os devedores alterem a situação do seu patrimônio.

No presente caso há **fumus**, consistente no crédito de titularidade do Itaú Unibanco, no valor de R$ 48.000.483,52. A existência do crédito está demonstrada por meio dos contratos bancários apresentados em anexo (doc. 02).

De outro lado, **existe o risco de que o resultado útil da execução seja frustrado**. Isso porque, como já se demonstrou, os devedores estão esvaziando o seu patrimônio por meio de operações não onerosas.

Mas não é só. As pessoas jurídicas para as quais os bens imóveis dos devedores foram vertidos, já começaram a alienar os bens a **terceiros**, o que reforça, ainda mais, a **urgência do pedido**.

Com efeito, no dia 29/06/2020, a empresa RAMT Participações LTDA alienou o imóvel de matrícula nº 85.509, no valor de R$ 5.800.000,00, à Sra. Adriana de Abreu Sampaio, que poderia alegar ser adquirente de boa-fé.

Atualmente, há pouquíssimos bens livres e disponíveis em nome da MapTrade e dos codevedores, Marcelo Miranda Bittencourt e Ronaldo Gomes Guerra

Curitiba: +55 41 3301.3800          Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363          SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991         Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596      Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540     Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC          aalvim.com.br

Corporativo | Interno

14

ARRUDA ALVIM
ARAGÃO, LINS & SATO
A D V O G A D O S

Barcello, o que justifica o receio de que, com a demora, a satisfação do crédito seja frustrada, em razão de novas transferências patrimoniais, inclusive, a terceiros.

Posto isso, requer-se o deferimento cautelar do arresto, *inaudita altera pars*, determinando-se a **indisponibilidade dos bens transferidos pelos co-devedores às empresas** MAAC Participações LTDA, RAMT Participações LTDA e AMCA Participações LTDA, até o limite da dívida (R$ 48.000.483,52), mediante a expedição de ofícios aos Cartórios de Registro de Imóveis de para que procedam ao bloqueio dos seguintes bens imóveis:

1) Imóveis que foram integralizados para a empresa **RAMT PARTICIPAÇÕES LTDA**;

1.1) Matrícula 19.719 – lote de terras nº 21, desmembrado da antiga Fazenda Calembe, em Nogueira, no 2º distrito, com a superfície de 3.432,248m², com testada para a Avenida Country Club, onde mede 25,00m – 3º00'SE; confrontando no lado esquerdo com o lote 22, onde mede 103,59m – 57º25'36"SO; fundos para a rua Clodoaldo Soares de Oliveira, onde mede 49,649m – 0º49'37"NO; e confrontando no lado direito com uma servidão existente onde mede 92,11m – 70º16'20"NE; fechando o perímetro, registrado no Cartório do 11º Serviço Notarial e Registral de Petrópolis/RJ – Registral de Imóveis da 6ª Circunscrição, de propriedade de RONALDO GOMES GUERRA BARCELOS e integralizado na empresa RAMT PARTICIPAÇÕES LTDA (valor estimado R$ 335.000,00);

1.2) Matrícula 20.538 – lote de terras nº 22-C, situado na Fazenda Calembe, em Nogueira, no 2º distrito, com a superfície de 9.001,80m², com testada para a Avenida Country Club, onde mede em duas linhas 25,00m – 34º55'22"SE e 25,00m – 11º04'36"36SE; pelo lado esquerdo com o lote 22-D, onde mede 68,7025m – 56º54'NO, e finalmente pelo lado direito confronta com a rua Clodoaldo Soares de Oliveira, onde mede 52,0263m – 4º59'NE; e com o lote 21, onde mede 103,59m – 64º21'NE, o referido lote possui uma reserva de 2.947,29m² = 26,53%, já incluída na área total acima; com a edificação de uma casa residencial averbada na av nº 2, registrado no Cartório do 11º Serviço Notarial e Registral de Petrópolis/RJ – Registral de Imóveis da 6ª Circunscrição, de propriedade de RONALDO GOMES GUERRA BARCELOS e integralizado na empresa RAMT PARTICIPAÇÕES LTDA (valor estimado R$ 2.700.000,00);

Curitiba: +55 41 3301.3800
Brasília: +55 61 3248.6363
São Paulo: +55 11 4420.4991
Porto Alegre: +55 51 3398.0596
Florianópolis: +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC

aalvim.com.br

Corporativo | Interno

ARRUDA ALVIM.
ARAGÃO, LINS & SATO
A D V O G A D O S

1.3)   Matrícula 382.376 – imóvel – sala 301 do bloco 2 Setor A, sendo adquirido pelo RONALDO GOMES GUERRA BARCELLO por meio de dação de pagamento (R-10). Em 29/04/2020 RONALDO GOMES GUERRA BARCELLO integralizou o imóvel a RAMT PARTICIPAÇÕES LTDA – CNPJ: 36.689.119/0001-93 (R-12), registrado no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 3.420.000,00);

1.4)   Matrícula 382.379 – imóvel – sala 402 do bloco 2 Setor A, sendo adquirido pelo RONALDO GOMES GUERRA BARCELLO por meio de dação de pagamento (R-10). Em 29/04/2020 RONALDO GOMES GUERRA BARCELLO integralizou o imóvel a RAMT PARTICIPAÇÕES LTDA – CNPJ: 36.689.119/0001-93 (R 12), registrado no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 3.270.000,00);

2)   Imóvel adquirido pela empresa **RAMT PARTICIPAÇÕES LTDA** por meio de permuta;

2.1) Matrícula 332.273 – imóvel – apartamento nº 101, bloco 05, adquirido pela empresa RAMT PARTICIPAÇÕES LTDA por meio de permuta (R-14) celebrada com ADRIANA DE ABREU SAMPAIO, registrado no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 2.000.000,00);

3)   Imóveis que foram integralizados para a empresa **MAAC PARTICIPAÇÕES LTDA**;

3.1)   Matrícula 53.951 – imóvel – apartamento nº 301, com direito a uma        vaga de garagem nº 26, da rua Antônio Basílio, sendo de propriedade de MARCELO MIRANDA BITTENCOURT, MARCO AURELIO BITTENCOURT JUNIOR e MARCIO MIRANDA BITTENCOURT, averbada incorporação na R-12, que MARCELO MIRANDA BITTENCOURT integralizou o seu quinhão de 1/3 MAAC PARTICIPAÇÕES LTDA – CNPJ: 36.660.412/0001-03, registrado no Cartório do 11º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ  (valor estimado R$ 283.338,00);

Curitiba: +55 41 3301.3800        Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363         SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991        Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596     Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540    Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC        aalvim.com.br

ARRUDA ALVIM
ARAGÃO, LINS & SATO

A D V O G A D O S

3.2)    Matrícula 281.672 – imóvel – apartamento 539 com dependências na cobertura do prédio, sendo de propriedade de MARCELO MIRANDA BITTENCOURT (R-18). Em 30/04/2020 o MARCELO MIRANDA BITTENCOURT integralizou o imóvel a MAAC PARTICIPAÇÕES LTDA – CNPJ: 36.660.412/0001-03 (R-19), registrado no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 1.000.000,00);

3.3)    Matrícula 287.308 – imóvel – lote 1 da quadra F do PAL 46102, sendo de propriedade de MARCELO MIRANDA BITTENCOURT (R-11). Em 30/04/2020 o MARCELO MIRANDA BITTENCOURT integralizou o imóvel a MAAC PARTICIPAÇÕES LTDA – CNPJ: 36.660.412/0001-03 (R-12), registrado no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 13.550.000,00);

3.4)    Matrícula 287.309 – imóvel – lote 2 quadra F do PAL 46102, sendo de propriedade de MARCELO MIRANDA BITTENCOURT (R-9). Em 30/04/2020 o MARCELO MIRANDA BITTENCOURT integralizou o imóvel a MAAC PARTICIPAÇÕES LTDA – CNPJ: 36.660.412/0001-03 (R-12), registrado no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 5.900.000,00);

4)    Imóveis que foram integralizados para a empresa **AMCA PARTICIPAÇÕES LTDA**;

4.1)    Matrícula 99.392 – imóvel – apartamento na Rua Doutor Octavio Kelly, 66, apto 402, no Rio de Janeiro/RJ, de propriedade de MARCELO MIRANDA BITTENCOURT (R24). Averbada incorporação na AMCA PARTICIPAÇÕES LTDA – CNPJ: 36.885.688/0001-81 (R28), registrada no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 880.000,00);

4.2)    Matrícula 178.717 – imóvel rua projetada 45 lote 18 quadra 151 AP 19672, sendo de propriedade de MARCELO MIRANDA BITTENCOURT (R-9). Em 30/04/2020 o MARCELO MIRANDA BITTENCOURT integralizou o imóvel a AMCA PARTICIPAÇÕES LTDA – CNPJ: 36.660.412/0001-03 (R-10), registrado no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 1.600.000,00);

Curitiba: +55 41 3301.3800       Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363        SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991       Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596    Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540   Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC       aalvim.com.br

ARRUDA ALVIM
ARAGÃO, LINS & SATO
A D V O G A D O S

4.3)   Matrícula 382.377 – imóvel – sala 302 do bloco 2 Setor A, Jacarepaguá - Rio de Janeiro/RJ, adquirido por MARCELO MIRANDA BITTENCOURT por dação em pagamento(R-10). Em 30/04/2020 houve a integralização do imóvel na AMCA PARTICIPAÇÕES LTDA – CNPJ: 36.885.688/0001-81 (R 11), registrado no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 3.930.000,00);

4.4)   Matrícula 382.378 – imóvel – sala 401 do bloco 2 Setor A, Jacarepaguá - Rio de Janeiro/RJ, adquirido por MARCELO MIRANDA BITTENCOURT por dação em pagamento (R-10). Em 30/04/2020 houve a integralização do imóvel na AMCA PARTICIPAÇÕES LTDA – CNPJ: 36.885.688/0001-81 (R 11), registrada no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 2.800.000,00);

5)  Imóveis que foram integralizados para as empresas **RAMT PARTICIPAÇÕES LTDA** e **AMCA PARTICIPAÇÕES LTDA**;

5.1)   Matrícula 14.476 – imóvel – Rua 12, lote 144 do P.A 14.263, com a edificação de um prédio nº 272, averbada incorporação na R-10 e R-11, que RONALDO GOMES GUERRA BARCELOS e MARCELO MIRANDA BITTENCOURT integralizaram metade do Imóvel a RAMT PARTICIPAÇÕES LTDA – CNPJ: 36.689.113/0001-93 e a outra metade a AMCA PARTICIPAÇÕES LTDA – CNPJ: 36.885.688/0001-81, registrado no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 1.450.000,00);

5.2)   Matrícula 45.612 – imóvel – Rua Francisca Salles nº 945 prédio e respectivo terreno, averbada incorporação na R-16 e R-17, que RONALDO GOMES GUERRA BARCELOS e MARCELO MIRANDA BITTENCOURT integralizaram metade do Imóvel a RAMT PARTICIPAÇÕES LTDA – CNPJ: 36.689.113/0001-93 e a outra metade a AMCA PARTICIPAÇÕES LTDA – CNPJ: 36.885.688/0001-81, registrado no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 1.773.000,00);

6)  Imóvel em nome de **MARCELO MIRANDA BITTENCOURT**;

Curitiba: +55 41 3301.3800          Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363          SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991         Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596      Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540     Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC          aalvim.com.br

ARRUDA ALVIM,
ARAGÃO, LINS & SATO
A D V O G A D O S

6.1)   Matrícula 385.753 – imóvel – sala 205 do bloco 2, de propriedade de MARCELO MIRANDA BITTENCOURT (R-11), registrado no Cartório do 9º Ofício de Registro de Imóveis da Comarca do Rio de Janeiro-RJ (valor estimado R$ 611.930,00);

Vale destacar que a presente medida não trará prejuízos aos Réus, uma vez que os bens objeto da constrição não são utilizados na atividade econômica desenvolvida pela MapTrade e seus sócios.

## IV - CONCLUSÃO.

Diante do exposto requer-se:

a)  a citação dos Requeridos para contestarem o pedido, no prazo legal, indicando, desde logo, as provas que pretendem produzir;

b)  que se reconheça provisoriamente, a título de antecipação de tutela, a desconsideração inversa da personalidade jurídica, que deverá ser oportunamente declarada, em termos definitivos, ou em incidente cuja instauração se determine desde logo, ou em incidentes às execuções e outras medidas de cobrança que serão propostas;

b) o arresto liminar dos bens imóveis arrolados acima;

c) a expedição de ofícios aos respectivos Cartórios de Registro de Imóveis para anotação acerca da existência da presente ação e do arresto aqui deferido;

e) a confirmação da liminar, reconhecendo-se presentes os requisitos para a desconsideração inversa da personalidade jurídica de MAAC Participações LTDA, RAMT Participações LTDA e AMCA Participações LTDA, bem como para o arresto dos bens que lhe foram indevidamente transferidos pelos codevedores;

f) que seja determinado o segredo de justiça, o que se justifica não apenas em razão da apresentação aos autos de documentos sigilosos, mas, também, para não frustrar a eficácia das medidas que ora se requer.

Curitiba: +55 41 3301.3800
Brasília: +55 61 3248.6363
São Paulo: +55 11 4420.4991
Porto Alegre: +55 51 3398.0596
Florianópolis: +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
Rua Guaraiúva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 - SP
Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC

aalvim.com.br

Corporativo | Interno

ARRUDA ALVIM
ARAGÃO, LINS & SATO

A D V O G A D O S

A causa tem o valor de R$ 50.000,00 (cinquenta mil reais).

Por fim, pede-se que todas as intimações sejam feitas exclusivamente em nome de Teresa Arruda Alvim e Maria Lúcia Lins Conceição, conjuntamente, **sob pena de nulidade**.

Espera deferimento.

Curitiba, 8 de setembro de 2020.

**Teresa Arruda Alvim**                    **Maria Lúcia Lins Conceição**
OAB/PR 22.129                              OAB/PR 15.348

Curitiba: +55 41 3301.3800       Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363        SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991       Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596    Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540   Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC       aalvim.com.br

Corporativo | Interno

# EXHIBIT 2



**TRIBUNAL DE JUSTIÇA DO
ESTADO DE SÃO PAULO
PODER JUDICIÁRIO**

## RECIBO DO PROTOCOLO
## PETICIONAMENTO INICIAL - PRIMEIRO GRAU

**Dados Básicos**

| | |
|---|---|
| Foro: | Foro Central Cível |
| Processo: | 10051864620218260100 |
| Classe do Processo: | Execução de Título Extrajudicial |
| Assunto principal: | 7717 - Espécies de Títulos de Crédito |
| Segredo de Justiça: | Não |
| Data/Hora: | 21/01/2021 15:20:47 |

**Partes**

| | |
|---|---|
| Exequente: | Itaú Unibanco S.A |
| Executado: | Maptrade Indústria e Comércio de Produtos Ltda. |
| Executado: | Ronaldo Gomes Guerra Barcellos |
| Executado: | Marcelo Miranda Bittencourt |
| Executado: | MAAC PARTICIPAÇÕES LTDA |
| Executado: | AMCA PARTICIPAÇÕES LTDA |
| Executado: | RAMT PARTICIPAÇÕES LTDA |

**Documentos**

| | |
|---|---|
| Petição: | Execução - Maptrade3774146 - 1-8.pdf |
| Procuração: | Doc. 1 - Procuração Itaú3774147 - 1-6.pdf |
| Documento 1: | Doc. 2 - Substabelecimento3774148 - 1.pdf |
| Documento 2: | Doc. 3 - Convenio 55903774149 - 1-41.pdf |
| Documento 3: | Doc. 4 - Memórias de liquidação - MAPTRADE3774150 - 1.pdf |

| | |
|---|---|
| Documento 4: | Doc. 5 - Cotações Dolar PTAX - BACEN3774151 - 1.pdf |
| Documento 5: | Doc. 6 - 100019110314800_CONF OP OPÇÃO_5823403774152 - 1-5.pdf |
| Documento 6: | Doc. 7 - 100019120120100_TERMO DE OPÇÃO_5879933774153 - 1-5.pdf |
| Documento 7: | Doc. 8 - 100019120120400_TERMO DE OPÇÃO_5879943774154 - 1-5.pdf |
| Documento 8: | Doc. 9 - 100020010021000_TERMO DE OPÇÃO_5948123774155 - 1-5.pdf |
| Documento 9: | Doc. 10 - 100020010105700_CONF DE OP DE OPÇÃO_5980403774156 - 1-5.pdf |
| Documento 10: | Doc. 11 - 100020010020800_CONF DE OP DE OPÇÃO_5948113774157 - 1-5.pdf |
| Guia de Custas Judiciais - DARE: | Doc. 12 - Guia paga3774158 - 1-2.pdf |
| Guia de Custas Judiciais - DARE: | Doc. 13 - guia complementar3774159 - 1-2.pdf |

ARRUDA ALVIM,
ARAGÃO, LINS & SATO
A D V O G A D O S

Excelentíssima Senhora Juíza da 15ª Vara Cível da Comarca de São Paulo – Estado de São Paulo.

Distribuição por prevenção[1] ao processo de execução
nº 1083075-13.2020.8.26.0100.

**ITAÚ UNIBANCO S.A.**, instituição financeira, inscrita no CNPJ/MF sob o nº 60.701.190/0001-04, com sede na Cidade de São Paulo, na Praça Alfredo Egydio de Souza Aranha, 100, Torre Itaúsa, CEP 04.344.902, (doc. anexo 1.2 atos constitutivos), endereço eletrônico <gopc-recebimentocitacoes@itau-unibanco.com.br>, por seu advogado (doc. anexo 1.3 procuração ad judicia), com endereço eletrônico <arrudaalvim@aalvim.com.br>, com fundamento no art. 784 do Código de Processo Civil, propõe:

**EXECUÇÃO DE TÍTULO EXTRAJUDICIAL** em face de

**MAPTRADE INDÚSTRIA E COMÉRCIO DE PRODUTOS LTDA,** inscrita no CNPJ/MF sob nº 10.451.845/0001-57, com sede na Rua José Augusto Rodrigues, nº 174, Bairro Jacarepaguá, CEP: 22.631-903, na Cidade de Rio de Janeiro/RJ, endereço eletrônico 'r.barcellos@maptrading.com.br';

**RONALDO GOMES GUERRA BARCELLO,** brasileiro, casado, empresário, inscrito no CPF/MF sob nº 003.223.707-36, residente e domiciliado à V. Jardim Santa Monica, nº 100, G1, Ap. 1002, Bairro Barra da Tijuca, CEP:

---

[1] Distribuição por dependência, conforme arts. 55 e 286, I, do CPC, uma vez que há ação revisional (autos nº 1063853-59.2020.8.26.0100) e ação cautelar antecedente seguida de execução (autos nº 1083075-13.2020.8.26.0100) em trâmite perante essa 15ª Vara Cível, envolvendo as mesmas partes e a mesma matéria.

Curitiba: +55 41 3301.3800
Brasília: +55 61 3248.6363
São Paulo: +55 11 4420.4991
Porto Alegre: +55 51 3398.0596
Florianópolis +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC

aalvim.com.br

2

ARRUDA ALVIM,
ARAGÃO, LINS & SATO
A D V O G A D O S

22793-095, na Cidade de Rio de Janeiro/RJ, endereço eletrônico 'r.barcellos@maptrading.com.br';

**MARCELO MIRANDA BITTENCOURT,** brasileiro, casado, empresário, inscrito no CPF/MF sob nº 005.638.317-74, residente e domiciliado à Rua Antônio Basílio, nº 26, Ap. 301, Bairro Tijuca, CEP: 20511-190, na Cidade de Rio de Janeiro/RJ, endereço eletrônico 'marcelo@aquariusbrasil.com';

**MAAC PARTICIPAÇÕES LTDA**, inscrita no CNPJ nº 36.660412/0001-03, com endereço na Rua Colbert Coelho, nº 300, Barra da Tijuca, Rio de Janeiro/RJ, CEP 22793-313, endereço eletrônico desconhecido;

**AMCA PARTICIPAÇÕES LTDA**, inscrita no CNPJ nº 36.885.688/0001-81, com endereço na Rua Colbert Coelho, nº 300, Barra da Tijuca, Rio de Janeiro/RJ, CEP 22793-313, endereço eletrônico desconhecido;

**RAMT PARTICIPAÇÕES LTDA**, inscrita no CNPJ nº 36.689.113/0001-93, com endereço na Avenida Country Club, nº 1600, Nogueira, Petrópolis/RJ, CEP 25730-410, endereço eletrônico desconhecido.

## I. DIREITO DE CRÉDITO, TÍTULOS EXECUTIVOS QUE O MATERIALIZA E O INADIMPLEMENTO DOS EXECUTADOS.

As obrigações bancárias inadimplidas decorrem de diversos contratos de **derivativos** (opções de compra de dólar[2]) firmados com a MapTrade e seus sócios (Ronaldo Gomes Guerra Barcello e Marcelo Miranda Bittencourt), que somam a quantia de **R$ 4.997.901,63** (quatro milhões novecentos e noventa e sete mil novecentos e um reais e sessenta e três centavos).

---

[2] Nos contratos de "Opções de Compra" se, no vencimento, o preço à vista do ativo, for superior ao preço de exercício, o Comprador terá o direito de receber e o Vendedor terá a obrigação de pagar essa diferença. Nas Opções de Venda se, no vencimento, o preço à vista do ativo for inferior ao preço de exercício, o Comprador terá o direito de receber e o Vendedor terá a obrigação de pagar essa diferença.

Curitiba: +55 41 3301.3800          Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363          SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991        Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 - SP
Porto Alegre: +55 51 3398.0596     Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540    Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC          aalvim.com.br

3

ARRUDA ALVIM,
ARAGÃO, LINS & SATO
A D V O G A D O S

Os contratos de derivativos estão relacionados a diversas operações de **crédito a importação**, que já são objeto dos autos de execução e de medida cautelar antecedente de arresto nº 1083075-13.2020.8.26.0100, distribuídos à Vossa Excelência[3].

A existência do débito, no valor de **R$ 4.997.901,63**, é demonstrada por meio dos contratos anexos, que constituem título de crédito e especificam as operações realizadas, seus valores e datas de vencimento:

**1.** Convênio para a Celebração de Operações de Derivativos nº **5590**, de 24/02/2015, em que MARCELO MIRANDA BITTENCOURT e RONALDO GOMES GUERRA BARCELLOS são intervenientes garantidores;

1.1. Confirmação de operação de opção nº **100019110314800,** contratada nos termos do Convênio nº 5590, na data de 25/11/2019, no valor nocional de USD 500.000,00 (quinhentos mil dólares norte-americanos), com vencimento para 24/03/2020, inadimplente, perfazendo o montante atualizado até 19/01/2021 de **R$ 655.038,15**;

1.2. Confirmação de operação de opção nº **100019120120100,** contratada nos termos do Convênio nº 5590, na data de 11/12/2019, no valor nocional de USD 500.000,00 (quinhentos mil dólares norte-americanos), com vencimento para 10/03/2020, inadimplente, perfazendo o montante atualizado até 19/01/2021 de **R$ 439.957,25**;

1.3. Confirmação de operação de opção nº **100019120120400,** contratada nos termos do Convênio nº 5590, na data de 11/12/2019, no valor nocional de USD 500.000,00 (quinhentos mil dólares norte-americanos), com vencimento para 09/04/2020, inadimplente, perfazendo o montante atualizado até 19/01/2021 de **R$ 686.581,11**;

---

[3] Os valores devidos foram debitados diretamente na conta corrente dos devedores, conforme previsão contratual (item "5.1" do Convênio para Celebração de Operação de Derivativos). Todavia, como os devedores já estavam com saldo negativo em conta (e para evitar a incidência de encargos mais gravosos), as operações ora executadas não foram liquidadas e se encontram com o saldo devedor em aberto até a presente data.

Curitiba: +55 41 3301.3800          Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363          SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991         Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596      Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540     Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC          aalvim.com.br

1.4. Confirmação de operação de opção nº **100020010021000,** contratada nos termos do Convênio nº 5590, na data de 06/01/2020, no valor nocional de USD 1.000.000,00 (um milhão de dólares norte-americanos), com vencimento para 06/04/2020, inadimplente, perfazendo o montante atualizado até 19/01/2021 de **R$ 1.503.133,62**;

1.5. Confirmação de operação de opção nº **100020010105700,** contratada nos termos do Convênio nº 5590, na data de 16/01/2020, no valor nocional de USD 1.166.666,67 (um milhão, cento e sessenta e seis mil, seiscentos e sessenta e seis dólares, e sessenta e sete centavos norte-americanos), com vencimento para 16/03/2020, inadimplente, perfazendo o montante atualizado até 19/01/2021 de **R$ 917.297,87**;

1.6. Confirmação de operação de opção nº **100020010020800,** contratada nos termos do Convênio nº 5590, na data de 06/01/2020, no valor nocional de USD 1.000.000,00 (um milhão de dólares norte-americanos), com vencimento para 06/03/2020, inadimplente, perfazendo o montante atualizado até 19/01/2021 de **R$ 795.893,63**.

Apesar do esforço do credor em tentar receber seu crédito pela via consensual, até o momento a Maptrade e os demais devedores solidários não efetuaram qualquer pagamento. Por isso, não resta outro caminho a não ser iniciar a execução forçada dos contratos.

## II. ESVAZIAMENTO PATRIMONIAL DOS DEVEDORES – DESCONSIDERAÇÃO INVERSA DA PERSONALIDADE JURÍDICA – ART. 50 DO CC E 133 DO CPC.

Conforme já demonstrado na medida cautelar antecedente nº 1083075-13.2020.8.26.0100, os sócios Ronaldo Gomes Guerra Barcello e Marcelo Miranda Bittencourt, que também são devedores solidários da MapTrade, constituíram empresas familiares para as quais verteram parte substancial de seu patrimônio.

Curitiba: +55 41 3301.3800
Brasília: +55 61 3248.6363
São Paulo: +55 11 4420.4991
Porto Alegre: +55 51 3398.0596
Florianópolis: +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC

aalvim.com.br

ARRUDA ALVIM.
ARAGÃO, LINS & SATO
A D V O G A D O S

O presente caso revela, de forma inequívoca, o **uso abusivo da personalidade jurídica** das empresas (i) MAAC Participações LTDA, (ii) RAMT Participações LTDA e (iii) AMCA Participações LTDA, caracterizado pelo desvio de finalidade e pela confusão patrimonial, nos termos do art. 50 do Código Civil.

Os sócios da MapTrade, codevedores das obrigações bancárias, constituíram empresas de administração patrimonial logo em seguida ao vencimento das suas obrigações. Esse fato, por si só, revela o **desvio de finalidade**, nos termos do art. 50, §1º, do Código Civil, pois a transferência, não onerosa, do patrimônio pessoal dos sócios tem, aqui, o nítido propósito de lesar credores.

Em seguida, verifica-se o **esvaziamento patrimonial** dos codevedores Marcelo Miranda Bittencourt e Ronaldo Gomes Guerra Barcello com a transferência dos seus bens para o acervo das pessoas jurídicas.

O sr. Marcelo Miranda Bittencourt, em 30/04/2020, integralizou **diversos bens imóveis** de sua titularidade no capital social da empresa a MAAC Participações LTDA, no valor de **R$ 21.000.000,00** e doou as cotas da sociedade a familiares, com cláusulas de inalienabilidade, incomunicabilidade e impenhorabilidade.

Em 17/04/2020, integralizou mais 7 imóveis no capital social da empresa a AMCA Participações LTDA, no valor de **R$ 13.000.000,00**, e doou as cotas da sociedade a familiares, com cláusulas de inalienabilidade, incomunicabilidade e impenhorabilidade.

O sr. Ronaldo Gomes Guerra Barcellos, em 09/04/2020, integralizou 9 imóveis no capital social da empresa RAMT Participações LTDA, no valor de **R$ 43.900.000,00**.

Toda essa movimentação patrimonial sinaliza uma possível tentativa de fraude aos credores, pelo esvaziamento do patrimônio dos sócios da MapTrade.

Curitiba: +55 41 3301.3800     Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
Brasília: +55 61 3248.6363     SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
São Paulo: +55 11 4420.4991     Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Porto Alegre: +55 51 3398.0596     Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Florianópolis: +55 48 3039.1540     Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC     aalvim.com.br

ARRUDA ALVIM
ARAGÃO, LINS & SATO
A D V O G A D O S

Além disso, há **confusão patrimonial**, nos termos do art. 50, §1º, do Código Civil, caracterizada pela ausência de separação de fato entre o patrimônio das pessoas jurídicas e dos sócios. As pessoas jurídicas (i) MAAC Participações LTDA, (ii) RAMT Participações LTDA e (iii) AMCA Participações LTDA são "**holdings familiares**", empresas que têm como único objetivo gerir um acervo patrimonial em proveito dos sócios.

A confusão patrimonial é inerente a esse modelo. Embora o patrimônio esteja integralizado nas pessoas jurídicas, quem usufrui do acervo são os sócios e familiares. E, mesmo que a criação de "holdings familiares" seja legítima, do ponto de vista do planejamento tributário e sucessório, a prática **não tem eficácia contra credores**, nem garante a blindagem do acervo patrimonial.

O desvio de finalidade e a confusão patrimoniais são tão flagrantes que Vossa Excelência, na r. decisão de 12/09/2020 (autos nº 1083075-13.2020.8.26.0100), deferiu a antecipação de tutela, determinando o **arresto** sobre os bens imóveis integralizados nas empresas familiares, mediante desconsideração inversa das personalidades jurídicas.

Dessa forma, espera-se que seja deferida, de forma definitiva, a desconsideração inversa da personalidade jurídica das empresas (i) MAAC Participações LTDA, (ii) RAMT Participações LTDA e (iii) AMCA Participações LTDA, reconhecendo-se a ineficácia das transferências patrimoniais realizadas pelos codevedores, de maneira a permitir a satisfação do crédito por meio dos bens que, de forma abusiva, foram transferidos.

## III. DO PATRIMÔNIO PARA A SATISFAÇÃO DO DIREITO DE CRÉDITO – CONVERSÃO DO ARRESTO EM PENHORA.

Caso os executados não paguem o débito no prazo de 3 dias (nos termos do art. 829 do CPC), requer-se a penhora de eventual numerário disponível em nome dos Executados, por meio do sistema Sisbajud (ou BacenJud, caso o novo sistema ainda não esteja implementado). O dinheiro é bem

Curitiba: +55 41 3301.3800
Brasília: +55 61 3248.6363
São Paulo: +55 11 4420.4991
Porto Alegre: +55 51 3398.0596
Florianópolis: +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC

aalvim.com.br

ARRUDA ALVIM.
ARAGÃO, LINS & SATO
A D V O G A D O S

preferencial na ordem da penhora, na medida em que dispensa os atos de avaliação e alienação por hasta pública.

Caso não seja localizado dinheiro em nome dos Executados, **requer-se a conversão do arresto em penhora**. Com efeito, vossa Excelência já deferiu o arresto dos bens dos Srs. MARCELO MIRANDA BITTENCOURT e RONALDO GOMES GUERRA BARCELLO, que foram integralizados nas "holdings familiares" (i) MAAC Participações LTDA, (ii) RAMT Participações LTDA e (iii) AMCA Participações LTDA.

### IV. PEDIDOS.

Diante do exposto, requer:

I.   A citação dos devedores MAPTRADE INDÚSTRIA E COMÉRCIO DE PRODUTOS LTDA, RONALDO GOMES GUERRA BARCELLO e MARCELO MIRANDA BITTENCOURT para pagar o valor atualizado da dívida, no prazo de 3 dias, acrescida de custas processuais e de honorários advocatícios;

II.  A citação das empresas MAAC PARTICIPAÇÕES LTDA, AMCA PARTICIPAÇÕES LTDA e RAMT PARTICIPAÇÕES LTDA, nos termos do art. 134, § 2º, do CPC, para responder ao pedido de desconsideração da personalidade jurídica;

III. caso os devedores não paguem o valor devido no prazo legal, requer-se a realização da penhora *on line*, por meio do sistema Sisbajud (ou BacenJud, caso o novo sistema ainda não esteja implementado), nos termos do art. 854 do CPC;

IV.  não havendo recursos financeiros disponíveis em nome dos Executados, requer-se a conversão do arresto em penhora; e

Curitiba: +55 41 3301.3800
Brasília: +55 61 3248.6363
São Paulo: +55 11 4420.4991
Porto Alegre: +55 51 3398.0596
Florianópolis: +55 48 3039.1540

Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC

aalvim.com.br

8

ARRUDA ALVIM
ARAGÃO, LINS & SATO
A D V O G A D O S

V.    se os bens indicados no item III se mostrarem insuficientes para a satisfação do crédito, requer-se a penhora de outros bens, utilizando-se se necessário o sistema Renajud e Infojud, bem como o envio ofício para a Capitania dos Portos, para que informe se há embarcações em nome dos Executados.

Declara o autor, para fins do art. 425, VI, do Código de Processo Civil, que os documentos reproduzidos e juntados conferem com o original.

Dá-se à causa o valor de **R$ 4.997.901,63.**

Por fim, pede-se que todas as intimações sejam feitas exclusivamente em nome de Teresa Arruda Alvim e Maria Lúcia Lins Conceição, conjuntamente, **sob pena de nulidade**.

Espera deferimento.

Curitiba, 21 de janeiro de 2021.

**Teresa Arruda Alvim**                    **Maria Lúcia Lins Conceição**
OAB/PR 22.129                               OAB/PR 15.348

**Curitiba:** +55 41 3301.3800     Rua Hildebrando Cordeiro, 30 - Ecoville. CEP 80740-350 - PR
**Brasília:** +55 61 3248.6363     SHIS, QL.08, Conj 05, Casa 12 - Lago Sul. CEP 71620-255 - DF
**São Paulo:** +55 11 4420.4991    Rua Guaraiuva, 117/135, Conj. 62 - Brooklin. CEP 04569-000 – SP
**Porto Alegre:** +55 51 3398.0596  Av. Getúlio Vargas, 1157, Sala 503 - Menino Deus. CEP 90150-005 - RS
**Florianópolis:** +55 48 3039.1540  Av. Pref. Osmar Cunha, 106, Salas 402, 403 e 404 - Centro. CEP 88015-100 - SC     aalvim.com.br

# EXHIBIT 3

CFN: 20220009864 BOOK 32939 PAGE 4634
DATE:01/05/2022 09:04:00 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared By:
Law Office of Fernando Pomares, P.A.
12002 SW 128th Court, Suite 104
Miami, FL 33186

Return to:
Martha L. Mendez, PA
dba Title Team
2600 S Douglas Road
Suite 506
Miami, FL 33160

## CERTIFICATE OF LIMITED LIABILITY COMPANY RESOLUTION AND INCUMBENCY

I, **MARCELO M. BITTENCOURT** Sole Manager of **BITTENCOURT LLC,** a Delaware Limited Liability Company (the "Company"), does hereby certify unto whom it may concern as follows:

1. That **BITTENCOURT LLC,** a Delaware Limited Liability Company, is authorized to conduct business in the State of Florida.

2. That no dissolution, bankruptcy or insolvency proceedings with respect to the Company or any of its Members have been commenced.

3. **BITTENCOURT LLC,** a Delaware Limited Liability Company, is not aware of any creditors who are attempting to acquire control of the LLC.

4. **BITTENCOURT LLC,** a Delaware Limited Liability Company is not one of a family or group of entities.

5. That the Limited Liability Company Agreement dated _May 14, 2014_ is true, complete, and current and in full force and in effect as of this date without modification.

6.      The following person is the Sole Manager of the Company with their respective share of ownership in the Company.

| **Member** | **Interest** | **Signature** |
|---|---|---|
| Marcelo M Bittencourt | 100% | *[signature]* |

7.      That at a Special Meeting of the Managers of the Company, duly called and held at the office of said Company, at which meeting a quorum was present and voted, the following resolution was adopted, to-wit:

WHEREAS, it is to the best interests of the Company to obtain sell the property located at 18051 Biscayne Blvd 1804-1, Aventura FL 33160 to Martha Patricia Belmontes Casa as per the contract dated November 6, 2021, said property is described as:

Condominium Unit No. 1804, in Tower I, North Building of DEL PRADO CONDOMINIUM, a condominium according to the Declaration of Condominium thereof, recorded in Official Records Book 7074, Page 444, of the Public Records of Miami Dade County, Florida. Together with all appurtenances therto, including an undivided interest in the common elemens of said condominium, as set forth in the declaration. **Folio No. 28-2210-014-0770**

NOW, THEREFORE, BE IT RESOLVED that **Marcelo M. Bittencourt**, as Sole Manager of this Company, be and is hereby authorized and directed to do whatever may be necessary, including the signing and execution of any and all documents required and appropriate to sell and convey the property located at 18051 Biscayne Blvd 1804-1, Aventura FL 33160 as per the contract dated November 6, 2021.

8.      Affiant **Marcelo M. Bittencourt,** as Sole Manager has the authorization to execute the deed, mortgage, closing documents, and all instruments to be insured, as applicable, ("Closing Documents"), to bind the LLC under the current documents filed with the Florida Department of State as a Manager of a Manager managed LLC. Affiant has the authority to execute the Closing Documents on behalf of the LLC and Affiant knows of no facts that may provide notice to any party to this transaction of any actual lack of authority of Affiant. The transaction qualifies as a bona fide transaction.

9.      That the foregoing resolution is outstanding and has not been modified or rescinded.

*(signature page to follow)*

PDF.js viewer

9/8/22 11:05 AM

CFN: 20220009864 BOOK 32939 PAGE 4636

IN WITNESS WHEREOF, I have hereunto set my hand and seal as Manager of BITTENCOURT LLC, a Florida Limited Liability Company, hereto this _____ day of December, 2021

By: _____
　　　Marcelo M. Bittencourt
　　　Manager

State of Florida
County of Miami Dade

The foregoing instrument was acknowledged before me, by means of ☐ physical presence or ☐ online notarization, this _____ day of December 2021, by Marcelo M. Bittencourt as Sole Manager of Bittencourt LLC who ☐ is personally know or ☐ has produced a _____ Passport _____ as identification.

_____
NOTARY PUBLIC



ALEJANDRO GARCIA
Commission # HH 156211
Expires August 14, 2025
Bonded Thru Budget Notary Services

*Certificate Of Incumbancy &  Resolution.Doc*                                        *Page 3 of 3*